# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SERGIO C. DAVILA,<br><br>                Defendant. | 2:18-cr-00194-APG-VCF<br>**ORDER** |

Before the court is the Motion to Suppress Evidence (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on the Motion to Suppress Evidence (ECF No. 25) is scheduled for 10:00 AM, January 22, 2019, in Courtroom 3D.

DATED this 14th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE