RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Sergio Caire Davila

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00194-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| SERGIO CAIRE DAVILA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Sergio Caire Davila, that the Sentencing Hearing currently scheduled on September 22, 2021 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty-five (35) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Davila, which is relevant to the sentencing disposition of this case. Additionally, time is needed to conduct presentence report interview and preparation of presentence report.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 16th day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |   /s/ Supriya Prasad<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO CAIRE DAVILA,<br><br>    Defendant. | Case No. 2:18-cr-00194-APG-VCF<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, September 22, 2021 at 1:00 p.m., be vacated and continued to __November 10, 2021__ at the hour of __1:30__ p.m. in courtroom 6C.

DATED this 16th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE

3