WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Sergio Davila*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO DAVILA,<br><br>Defendant. | CASE NO: 2:18-CR-00194-APG-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Jennifer M. Waldo counsel for Sergio Davila that the Sentencing date, currently scheduled for Wednesday, November 10, 2021 be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

/ / / /

/ / / /

/ / / /

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 1

The Stipulation is entered into for the following reasons:

1. That on November 5, 2021, defense counsel was appointed to represent the named defendant in the above matter;

2. That defense counsel needs time to obtain and review the file from prior counsel, meet with Mr. Davila and prepare for sentencing in this matter;

3. That defense counsel has reached out to prior counsel and it is her understanding that the file is in the process of being prepared;

4. That defense counsel has spoken to government counsel and the government has no objection to this request for a continuance;

5. That defense counsel has not yet been able to speak with Mr. Davila regarding the need for a continuance. However, in speaking with prior counsel, it is counsel's understanding that Mr. Davila is aware of the need for the continuance and has no objection to same;

6. That the additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively prepare for sentencing; and

7. This is the second request to continue the sentencing in this matter.

DATED this 8th day of November, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney                           Waldo Law, LLC.

By: /s/ Supriya Prasad                                  By: /s/ Jennifer M. Waldo
Counsel for USA                                         Counsel for Sergio Davila

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 2

WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Sergio Davila*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO DAVILA,<br><br>Defendant. | CASE NO: 2:18-CR-00194-APG-VCF<br><br>**FINDINGS OF FACTS, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

1. That on November 5, 2021, defense counsel was appointed to represent the named defendant in the above matter;

2. That defense counsel needs time to obtain and review the file from prior counsel, meet with Mr. Davila and prepare for sentencing in this matter;

3. That defense counsel has reached out to prior counsel and it is her understanding that the file is in the process of being prepared for new counsel;

4. That defense counsel has spoken to government counsel and the government has no objection to this request for a continuance;

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 3

5. That defense counsel has not yet been able to speak with Mr. Davila regarding the need for a continuance. However, in speaking with prior counsel, it is counsel's understanding that Mr. Davila is aware of the need for the continuance and has no objection to same;

6. That the additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively prepare for sentencing; and

7. This is the second request to continue the sentencing in this matter.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the sentencing hearing as currently scheduled.

## ORDER

IT IS THEREFORE ORDERED that the sentencing date currently scheduled for November 10, 2021 be vacated and continued to the 28th day of December, 2021, at the hour of 1:30 p.m. in Courtroom 6C.

DATED AND DONE this 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 4