WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Sergio Davila*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>              vs.<br><br>SERGIO DAVILA,<br><br>    Defendant. | CASE NO: 2:18-CR-00194-APG-VCF<br><br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou,

acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for

the United States of America, and Jennifer M. Waldo counsel for Sergio Davila that the

Sentencing date, currently scheduled for Wednesday, April 13, 2022 be vacated and set to a date

and time convenient to this Court, but no sooner than thirty (30) days.

/ / / /

/ / / /

/ / / /

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 1

The Stipulation is entered into for the following reasons:

1.      That on March 30, 2022, the court issued Minute Order, ECF Docket No.: 92, ordering that the Sentencing Hearing set for April 13, 2022 would be conducted in person;

2.      That the defendant, who is incarcerated and is not currently vaccinated, contacted counsel and advised that he would like an opportunity to get vaccinated prior to appearing in person for sentencing;

3.      That defense counsel has spoken to government counsel and the government has no objection to this request for a continuance;

4.      That the Defendant, Mr. Davila has no objection to the request for a continuance;

5.      That the additional time requested herein is not sought for purposes of delay, but for the reasons stated above; and

6.      This is the fifth request to continue the sentencing in this matter.

DATED this 11th day of April, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney                    Waldo Law, LLC.

By: */s/ Supriya Prasad*                          By: */s/ Jennifer M. Waldo*
Counsel for USA                                   Counsel for Sergio Davila

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 2

WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Sergio Davila*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO: 2:18-CR-00194-APG-VCF |
|---|---|
| Plaintiff, | |
| vs. | **FINDINGS OF FACTS, CONCLUSIONS OF LAW AND ORDER** |
| SERGIO DAVILA, | |
| Defendant. | |

**FINDINGS OF FACT**

1.  That on March 30, 2022, the court issued Minute Order, ECF Docket No.: 92, ordering that the Sentencing Hearing set for April 13, 2022 would be conducted in person;

2.  That the defendant, who is incarcerated and is not currently vaccinated, contacted counsel and advised that he would like an opportunity to get vaccinated prior to appearing in person for sentencing;

3.  That defense counsel has spoken to government counsel and the government has no objection to this request for a continuance;

4.  That the Defendant, Mr. Davila has no objection to the request for a continuance;

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 3

5.     That the additional time requested herein is not sought for purposes of delay, but for the reasons stated above; and

6.     This is the fifth request to continue the sentencing in this matter.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the sentencing hearing as currently scheduled.

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing date currently scheduled for April 13, 2022 at 1:30 p.m., be vacated and continued to the 8th  day of   June          , 20 22 , at the hour of  10:00 a.m. in Courtroom 6C.

DATED AND DONE this 11th  day of   April            , 2022.

_____
UNITED STATES DISTRICT JUDGE

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 4